

K. Johansen
EXHIBIT NO. 13
5-26-16   c



Franklin County Municipal Court

## Lori M. Tyack
### Clerk of Court



| FCMC Clerk |
|---|

New Search

| CASE NUMBER | STATUS | PARTY TYPE | NAME | DOB | |
|---|---|---|---|---|---|
| 2015 CVE 005505 | CLOSED | PLAINTIFF | JOHANSEN, KEN | | VIEW |
| 2016 CVI 010211 | OPEN | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2016 CVI 010210 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2016 CVI 000641 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2016 CVI 000640 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2016 CVI 000639 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2016 CVI 000638 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 043704 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 043701 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 041338 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 038307 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 035518 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |
| 2014 CVI 032200 | CLOSED | PLAINTIFF | JOHANSEN, KENNETH | | VIEW |

New Search

**CASE Network Records Search**
Franklin County Municipal Court - 375 South High Street Columbus, Ohio 43215

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| JOHANSEN, KENNETH<br>*Plaintiff*<br><br>Vs<br><br>BANKRATE INC<br>*Defendant* | Case No. 2014 CVI 038307<br><br>Status: CLOSED<br><br>Filed: 11/18/2014 |

## PARTIES

| | | | | |
|---|---|---|---|---|
| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |
| 2 | Name | BANKRATE INC | Type | DEFENDANT |
| | Address | 11760 US HIGHWAY 1 | | |
| | City | NORTH PALM BEACH | State/Zip | FL/33408 |

## ATTORNEYS

| | | | |
|---|---|---|---|
| Name: | MANSFIELD, DOUGLAS M | Party Type: | DEFENDANT - PRIMARY ATTORNEY |
| Address: | 9980 BREWSTER LANE<br>SUITE 150 | City/St/Zip: | POWELL, OH 43065 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 11/18/2014 | CASE DISMISSED | 03/11/2015 |

## EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 12/17/2014 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | CONTINUED BY REQUEST OF THE PARTIES |
| SMALL CLAIMS HEARING | 02/10/2015 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | AMENDED COMPLAINT FILED |
| SMALL CLAIMS HEARING | 03/05/2015 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | CASE DISMISSED (WITH/WITHOUT PREJUDICE) |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $104.00 | $104.00 | $0.00 | $0.00 |

| TOTAL: | $104.00 | $104.00 | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
| --- | --- | --- | --- | --- | --- |
| 15611712 | CIVIL | JOHANSEN, KENNETH | FINAL | 01/29/2015 | $26.00 |
| 14741361 | CIVIL | JOHANSEN, KENNETH | FINAL | 11/18/2014 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
| --- | --- | --- | --- |
| 05/19/2015 | BATCH SCANNED CASE FILE (ONBASE) | | |
| | CIVIL BOX # 747 MY | | |
| 03/11/2015 | NOTICE OF COURT ORDER ISSUED | | |
| | NOTICE OF COURT ORDER Sent on: 03/11/2015 09:19:44.76 | | |
| 03/10/2015 | CASE DISMISSED W/O PREJ PER JUDGE YOUNG | | |
| 02/18/2015 | CERTIFIED MAIL | | |
| | Method : CERTIFIED MAIL Issued : 02/02/2015 Service : ISSUE SVC FOR SMALL CLAIMS Served : 02/05/2015 Return : 02/18/2015 On : MANSFIELD, DOUGLAS M Signed By : RICK GIBSON Reason : SUCCESSFUL CERTIFIED MAIL Comment : Tracking # : C000987135 | | |
| 02/02/2015 | CERTIFIED MAIL | | |
| | Issue Date: 02/02/2015 Service: ISSUE SVC FOR SMALL CLAIMS Method: CERTIFIED MAIL Cost Per: $ 0.00 BANKRATE INC c/o ATTY: MANSFIELD, DOUGLAS M 9980 BREWSTER LANE SUITE 150 POWELL, OH 43065 Tracking No: C000987135 | | |

| 02/02/2015 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
|---|---|
| 02/02/2015 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 03/05/15 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 03/05/2015 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: CASE DISMISSED (WITH/WITHOUT PREJUDICE)

| 01/29/2015 | AMENDED COMPLAINT FILED | | |
|---|---|---|---|
| 01/29/2015 | CERTIFIED MAIL SERVICE PAID | $6.00 | $0.00 |
| | Receipt: 15611712 Date: 01/29/2015 | | |
| 01/29/2015 | AMENDED COMPLAINT | $20.00 | $0.00 |
| | Receipt: 15611712 Date: 01/29/2015 | | |
| 12/19/2014 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/10/15 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 02/10/2015 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: AMENDED COMPLAINT FILED

| 12/19/2014 | CONTINUED BY REQUEST OF THE PARTIES |
|---|---|

The following event: SMALL CLAIMS HEARING scheduled for 12/17/2014 at 1:30
pm has been resulted as follows:

Result: CONTINUED BY REQUEST OF THE PARTIES
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

| 12/19/2014 | NOTICE OF APPEARANCE OF COUNSEL |
|---|---|
| | FILED 12/09/14 FOR DEFENDANT |
| 12/02/2014 | CERTIFIED MAIL |

Method : CERTIFIED MAIL
Issued : 11/19/2014
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 11/24/2014
Return : 12/02/2014
On : BANKRATE INC
Signed By :

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : NAN ACCURIO

Tracking # : C000976244

| 11/19/2014 | CERTIFIED MAIL |
|---|---|

Issue Date: 11/19/2014
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL

Cost Per: $ 0.00

BANKRATE INC
11760 US HIGHWAY 1
NORTH PALM BEACH, FL 33408
Tracking No: C000976244

| | | | |
|---|---|---|---|
| 11/19/2014 | SUMMONS ISSUED WITH COPY OF COMPLAINT | | |
| 11/19/2014 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 12/17/2014 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 12/17/2014 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: CONTINUED BY REQUEST OF THE PARTIES

| | | | |
|---|---|---|---|
| 11/18/2014 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 14741361 Date: 11/18/2014

## SMALL CLAIM CASE SUMMARY

| JOHANSEN, KENNETH *Plaintiff* | Case No. 2014 CVI 041338 |
|---|---|
| Vs | Status: CLOSED |
| ROYAL BAHAMA CRUISE LINE *Defendant* | Filed: 12/11/2014 |

### PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |

| 2 | Name | ROYAL BAHAMA CRUISE LINE | Type | DEFENDANT |
|---|---|---|---|---|
| | Address | 1642 W AIRPORT RD | | |
| | City | SANFORD | State/Zip | FL/32773 |

### CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 12/11/2014 | VOLUNTARY DISMISSAL | 02/05/2015 |

### EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 01/20/2015 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | CONTINUED BY COURT |
| SMALL CLAIMS HEARING | 03/05/2015 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | VOLUNTARY DISMISSAL |

### FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| TOTAL: | $78.00 | $78.00 | $0.00 | $0.00 |

### RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 14750387 | CIVIL | JOHANSEN, KENNETH | FINAL | 12/11/2014 | $78.00 |

### DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|

| 07/28/2015 | BATCH SCANNED CASE FILE (ONBASE) |

CIVIL BOX # 830
MY

| 02/05/2015 | NOTICE OF DISMISSAL W/O PREJUDICE |
| 01/26/2015 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 03/05/2015 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 03/05/2015 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: VOLUNTARY DISMISSAL

| 01/26/2015 | CONTINUED BY COURT |

The following event: SMALL CLAIMS HEARING scheduled for 01/20/2015 at 1:30
pm has been resulted as follows:

Result: CONTINUED BY COURT
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

| 12/30/2014 | CERTIFIED MAIL |

Method : CERTIFIED MAIL
Issued : 12/16/2014
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 12/26/2014
Return : 12/30/2014
On : ROYAL BAHAMA CRUISE LINE
Signed By : CAITI DURBIN

Reason : SUCCESSFUL CERTIFIED MAIL
Comment :

Tracking # : C000980702

| 12/16/2014 | CERTIFIED MAIL |

Issue Date: 12/16/2014
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $ 0.00

ROYAL BAHAMA CRUISE LINE
1642 W AIRPORT RD
SANFORD, FL 32773
Tracking No: C000980702

| 12/16/2014 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 12/16/2014 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 01/20/2015 TIME: 1:30 PM

Event: SMALL CLAIMS HEARING
Date: 01/20/2015 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: CONTINUED BY COURT

| | | | |
|---|---|---|---|
| 12/11/2014 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |
| | Receipt: 14750387 Date: 12/11/2014 | | |

## SMALL CLAIM CASE SUMMARY

| | |
|---|---|
| **JOHANSEN, KENNETH**<br>*Plaintiff*<br><br>**Vs**<br><br>**HOME ADVISOR INC**<br>*Defendant* | Case No. 2014 CVI 043701<br><br>Status: CLOSED<br><br>Filed: 12/31/2014 |

### PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |

| 2 | Name | HOME ADVISOR INC | Type | DEFENDANT |
|---|---|---|---|---|
| | Address | 14023 DENVER WEST PARKWAY BLDG 64 | | |
| | City | GOLDEN | State/Zip | CO/80401 |

### ATTORNEYS

| | | | |
|---|---|---|---|
| Name: | JONES, JOSEPH S | Party Type: | DEFENDANT - PRIMARY ATTORNEY |
| Address: | HENNIS ROTHSTEIN ELLIS, LLP<br>P.O. BOX 211046 | City/St/Zip: | COLUMBUS, OH 43221 |

### CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 12/31/2014 | CASE DISMISSED | 03/06/2015 |

### EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 02/05/2015 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | CONTINUED BY REQUEST OF DEFENDANT |
| SMALL CLAIMS HEARING | 03/05/2015 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | CASE DISMISSED (WITH/WITHOUT PREJUDICE) |

### FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|--------|-----------|---------------|--------|------|--------------|
| 14757928 | CIVIL | JOHANSEN, KENNETH | FINAL | 12/31/2014 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|-------------|------------------------------------------|--------|---------|
| 07/27/2015 | BATCH SCANNED CASE FILE (ONBASE) | | |
| | CIVIL BOX 824 LG | | |
| 03/06/2015 | NOTICE OF COURT ORDER ISSUED | | |
| | NOTICE OF COURT ORDER<br>Sent on: 03/06/2015 10:44:09.08 | | |
| 03/06/2015 | CASE DISMISSED W/O PREJ PER JUDGE | | |
| | CASE DISMISSED PER JUDGE HUMMER | | |
| 02/12/2015 | RESPONSE FILED | | |
| | RESPONSE TO DEFTS MOTION TO DISMISS | | |
| 02/06/2015 | MOTION TO DISMISS FILED | | |
| | DEFT'S MOTION TO DISMISS FILED | | |
| 01/28/2015 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |
| | SMALL CLAIMS MAGISTRATE<br>HEARING SCHEDULED FOR 03/05/15 TIME: 1:30 PM<br>Event: SMALL CLAIMS HEARING<br>Date: 03/05/2015 Time: 1:30 pm<br>Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR<br><br>Result: CASE DISMISSED (WITH/WITHOUT PREJUDICE) | | |
| 01/28/2015 | CONTINUED BY REQUEST OF DEFENDANT | | |
| | The following event: SMALL CLAIMS HEARING scheduled for 02/05/2015 at 1:30 pm has been resulted as follows:<br><br>Result: CONTINUED BY REQUEST OF DEFENDANT<br>Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR | | |
| 01/22/2015 | MOTION FOR CONTINUANCE FILED | | |
| | DEFENDANT'S MOTION FOR CONTINUANCE FILED | | |
| 01/22/2015 | APPEARANCE OF COUNSEL FOR DEFENDANT FILED | | |
| 01/20/2015 | CERTIFIED MAIL | | |
| | Method : CERTIFIED MAIL<br>Issued : 01/07/2015<br>Service : ISSUE SVC FOR SMALL CLAIMS<br>Served : 01/13/2015<br>Return : 01/20/2015<br>On : HOME ADVISOR INC<br>Signed By : DONNA GUNTER | | |

Reason : SUCCESSFUL CERTIFIED MAIL
Comment :

Tracking # : C000982771

01/07/2015     CERTIFIED MAIL

Issue Date: 01/07/2015
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $ 0.00

HOME ADVISOR INC
14023 DENVER WEST PARKWAY BLDG 64
GOLDEN, CO 80401
Tracking No: C000982771

01/07/2015     SUMMONS ISSUED WITH COPY OF COMPLAINT
01/07/2015     SMALL CLAIMS MAGISTRATE HEARING SCHEDULED

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/05/2015 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 02/05/2015 Time: 1:30 pm
Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR

Result: CONTINUED BY REQUEST OF DEFENDANT

12/31/2014     SMALL CLAIMS COMPLAINT FILED         $78.00     $0.00

Receipt: 14757928 Date: 12/31/2014

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| **JOHANSEN, KENNETH** <br> *Plaintiff* <br><br> **Vs** <br><br> **MADISON AND COMPANY** <br> *Defendant* | Case No. 2014 CVI 043704 <br><br> Status: CLOSED <br><br> Filed: 12/31/2014 |

## PARTIES

| 1 | **Name** | JOHANSEN, KENNETH | **Type** | PLAINTIFF |
|---|---|---|---|---|
| | **Address** | 5202 AVERY OAK DR | | |
| | **City** | DUBLIN | **State/Zip** | OH/43016 |
| 2 | **Name** | MADISON AND COMPANY | **Type** | DEFENDANT |
| | **Address** | 2180 WEST STATE RD 434 SUITE 6120 | | |
| | **City** | LONGWOOD | **State/Zip** | FL/32779 |

## CASE DISPOSITION

| <u>Status</u> | <u>Status Date</u> | <u>Disposition Code</u> | <u>Disposition Date</u> |
|---|---|---|---|
| CLOSED | 12/31/2014 | JUDGMENT FOR PLAINTIFF | 02/09/2015 |

## EVENTS

| <u>Event</u> | <u>Date</u> | <u>Start</u> | <u>End</u> | <u>Judge</u> | <u>Ct.Rm.</u> | <u>Result</u> |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 02/05/2015 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | JUDGMENT FOR PLAINTIFF |

## FINANCIAL SUMMARY

| <u>Docket Application</u> | <u>Amount Owed</u> | <u>Amount Paid</u> | <u>Amount Dismissed</u> | <u>Balance</u> |
|---|---|---|---|---|
| PAYMENT | $578.50 | $578.50 | $0.00 | $0.00 |
| DEPOSIT | $578.50 | $578.50 | $0.00 | $0.00 |
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $656.50 | $656.50 | $0.00 | $0.00 |

## CHECKS

| <u>Created</u> | <u>Payee Name</u> | <u>Description</u> | <u>Account</u> | <u>Check</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 03/11/2015 | KENNETH JOHANSEN | Case: 2014 CVI 043704 DISBURSEMENT OF A CIVIL CT. | 65021 | 270468 | $578.50 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|--------|-----------|---------------|--------|------|--------------|
| 15622561 | CIVIL | MADISON AND COMPANY | FINAL | 02/26/2015 | $578.50 |
| 14757931 | CIVIL | JOHANSEN, KENNETH | FINAL | 12/31/2014 | $78.00 |

DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|-------------|------------------------------------------|--------|---------|
| 02/09/2016 | BATCH SCANNED CASE FILE (ONBASE) | | |
| | CIVIL BOX 1026 LG | | |
| 03/11/2015 | DISBURSEMENT OF A CIVIL CT. APPROVE JUDG. PAY(S) | $578.50 | $0.00 |
| 02/26/2015 | ORDER FILED | | |
| | ORDER TO PERMIT FUNDS TO BE PAID INTO COURT AND CONDITIONAL ENTRY OF SATISFACTION OF JUDGMENT PER JUDGE SALERNO | | |
| 02/26/2015 | DEPOSIT CIVIL CT. APPROVE JUDG. PAY(S) | $578.50 | $0.00 |
| | SALERNO Receipt: 15622561 Date: 02/26/2015 | | |
| 02/09/2015 | NOTICE OF COURT ORDER ISSUED | | |
| | NOTICE OF COURT ORDER Sent on: 02/09/2015 16:23:21.47 | | |
| 02/09/2015 | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $ , % PER ANNUM, COSTS PER JUDGE | | |
| | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $500.00 , 3% PER ANNUM, COSTS PER JUDGE HAWKINS | | |
| 01/31/2015 | MOTION TO DISMISS FILED | | |
| | VERIFIED MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR CONTINUANCE | | |
| 01/21/2015 | CERTIFIED MAIL | | |
| | Method : CERTIFIED MAIL Issued : 01/09/2015 Service : ISSUE SVC FOR SMALL CLAIMS Served : 01/15/2015 Return : 01/21/2015 On : MADISON AND COMPANY Signed By : P. BUTTON | | |
| | Reason : SUCCESSFUL CERTIFIED MAIL Comment : | | |
| | Tracking # : C000983316 | | |
| 01/09/2015 | CERTIFIED MAIL | | |
| | Issue Date: 01/09/2015 Service: ISSUE SVC FOR SMALL CLAIMS Method: CERTIFIED MAIL Cost Per: $ 0.00 | | |

MADISON AND COMPANY
2180 WEST STATE RD 434 SUITE 6120
LONGWOOD, FL 32779
Tracking No: C000983316

| Date | Description | | |
|---|---|---|---|
| 01/09/2015 | SUMMONS ISSUED WITH COPY OF COMPLAINT | | |
| 01/07/2015 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |
| | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED FOR 02/05/2015 TIME: 1:30 PM | | |
| | Event: SMALL CLAIMS HEARING | | |
| | Date: 02/05/2015 Time: 1:30 pm | | |
| | Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR | | |
| | Result: JUDGMENT FOR PLAINTIFF | | |
| 12/31/2014 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |
| | Receipt: 14757931 Date: 12/31/2014 | | |

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| JOHANSEN, KENNETH<br>*Plaintiff*<br><br>Vs<br><br>GRAND BAHAMA CRUISE LINES LLC<br>*Defendant* | Case No. 2016 CVI 000638<br><br>Status: CLOSED<br><br>Filed: 01/11/2016 |

## PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |
| 2 | Name | GRAND BAHAMA CRUISE LINES LLC | Type | DEFENDANT |
| | Address | 801 INTERNATIONAL PKWY STE 50 | | |
| | City | LAKE MARY | State/Zip | FL/32746 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 01/11/2016 | JUDGMENT FOR PLAINTIFF | 03/16/2016 |

## EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 02/17/2016 | 02:00 PM | 02:25 PM | JUMP, DAVID | 11C | CONTINUED BY COURT |
| SMALL CLAIMS HEARING | 03/14/2016 | 02:00 PM | 02:25 PM | JUMP, DAVID | 11C | JUDGMENT FOR PLAINTIFF |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| TOTAL: | $78.00 | $78.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 16603968 | CIVIL | JOHANSEN, KENNETH | FINAL | 01/11/2016 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|

| 03/16/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL |

NOTICE OF JUDGMENT BY ORDINARY MAIL
Sent on: 03/16/2016 08:10:27.45

| 03/16/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL |

Issue Date: 03/16/2016
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KENNETH
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000066753

GRAND BAHAMA CRUISE LINES LLC
801 INTERNATIONAL PKWY STE 50
LAKE MARY, FL 32746
Tracking No: M1000066754

| 03/16/2016 | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $ , % PER ANNUM, COSTS PER JUDGE |

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $ 1500.00 , 3 % PER ANNUM, COSTS PER JUDGE BRANDT

| 02/18/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 03/14/2016 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 03/14/2016 Time: 2:00 pm
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

| 02/18/2016 | CONTINUED BY COURT |

The following event: SMALL CLAIMS HEARING scheduled for 02/17/2016 at 2:00 pm has been resulted as follows:

Result: CONTINUED BY COURT
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

| 01/26/2016 | CERTIFIED MAIL |

Method : CERTIFIED MAIL
Issued : 01/12/2016
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 01/19/2016
Return : 01/26/2016
On : GRAND BAHAMA CRUISE LINES LLC
Signed By : ??

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : UNABLE TO READ SIGNATURE

Tracking # : C001038271

| 01/12/2016 | CERTIFIED MAIL |

Issue Date: 01/12/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

GRAND BAHAMA CRUISE LINES LLC
801 INTERNATIONAL PKWY STE 50
LAKE MARY, FL 32746
Tracking No: C001038271

| 01/12/2016 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 01/12/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/17/2016 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 02/17/2016 Time: 2:00 pm
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

Result: CONTINUED BY COURT

| 01/11/2016 | IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER | | |
| 01/11/2016 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |
| | Receipt: 16603968 Date: 01/11/2016 | | |

## SMALL CLAIM CASE SUMMARY

| JOHANSEN, KENNETH<br>*Plaintiff*<br><br>Vs<br><br>FORTUNE RESIDENCES AND<br>YACHT CLUB INC<br>*Defendant* | Case No. 2016 CVI 000639<br><br>Status: CLOSED<br><br>Filed: 01/11/2016 |
| --- | --- |

### PARTIES

| | | | | |
| --- | --- | --- | --- | --- |
| 1 | **Name** | JOHANSEN, KENNETH | **Type** | PLAINTIFF |
| | **Address** | 5202 AVERY OAK DR | | |
| | **City** | DUBLIN | **State/Zip** | OH/43016 |
| 2 | **Name** | FORTUNE RESIDENCES AND YACHT CLUB INC | **Type** | DEFENDANT |
| | **Address** | 4560 HILTON CORPORATE DRIVE | | |
| | **City** | COLUMBUS | **State/Zip** | OH/43232 |

### CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
| --- | --- | --- | --- |
| CLOSED | 01/11/2016 | JUDGMENT FOR PLAINTIFF | 02/22/2016 |

### EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
| --- | --- | --- | --- | --- | --- | --- |
| SMALL CLAIMS HEARING | 02/17/2016 | 02:00 PM | 02:25 PM | JUMP, DAVID | 11C | JUDGMENT FOR PLAINTIFF |

### FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
| --- | --- | --- | --- | --- |
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

### RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
| --- | --- | --- | --- | --- | --- |
| 16603969 | CIVIL | JOHANSEN, KENNETH | FINAL | 01/11/2016 | $78.00 |

### DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
| --- | --- | --- | --- |
| 02/22/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

NOTICE OF JUDGMENT BY ORDINARY MAIL
Sent on: 02/22/2016 10:13:58.30

02/22/2016 NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL

Issue Date: 02/22/2016
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KENNETH
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000062928

FORTUNE RESIDENCES AND YACHT CLUB INC
4560 HILTON CORPORATE DRIVE
COLUMBUS, OH 43232
Tracking No: M1000062929

02/22/2016 MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM
OF $ , % PER ANNUM, COSTS PER JUDGE

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $2000.00 ,3 %
PER ANNUM, COSTS PER JUDGE HAWKINS

01/21/2016 CERTIFIED MAIL

Method : CERTIFIED MAIL
Issued : 01/12/2016
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 01/15/2016
Return : 01/21/2016
On : FORTUNE RESIDENCES AND YACHT CLUB INC
Signed By : ??

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : CANNOT READ SIGNATURE

Tracking # : C001038272

01/12/2016 CERTIFIED MAIL

Issue Date: 01/12/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

FORTUNE RESIDENCES AND YACHT CLUB INC
4560 HILTON CORPORATE DRIVE
COLUMBUS, OH 43232

Tracking No: C001038272

| 01/12/2016 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 01/12/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/17/2016 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 02/17/2016 Time: 2:00 pm
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

| 01/11/2016 | IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER |
| 01/11/2016 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 16603969 Date: 01/11/2016

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| **JOHANSEN, KENNETH**<br>*Plaintiff*<br><br>Vs<br><br>**GOLDENTICKET GATAWAYS INC**<br>*Defendant* | Case No. 2016 CVI 000640<br><br>Status: CLOSED<br><br>Filed: 01/11/2016 |

## PARTIES

| | | | | | |
|---|---|---|---|---|---|
| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |
| 2 | Name | GOLDENTICKET GATAWAYS INC | Type | DEFENDANT |
| | Address | 5106 NORTH LANE | | |
| | City | ORLANDO | State/Zip | FL/32808 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 01/11/2016 | JUDGMENT FOR PLAINTIFF | 02/22/2016 |

## EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 02/17/2016 | 02:00 PM | 02:25 PM | JUMP, DAVID | 11C | JUDGMENT FOR PLAINTIFF |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 16603971 | CIVIL | JOHANSEN, KENNETH | FINAL | 01/11/2016 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 02/22/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

NOTICE OF JUDGMENT BY ORDINARY MAIL
Sent on: 02/22/2016 10:13:59.71

02/22/2016    NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL

Issue Date: 02/22/2016
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KENNETH
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000062960

GOLDENTICKET GATAWAYS INC
5106 NORTH LANE
ORLANDO, FL 32808
Tracking No: M1000062961

02/22/2016    MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM
OF $ , % PER ANNUM, COSTS PER JUDGE

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $1500.00 , 3 %
PER ANNUM, COSTS PER JUDGE HAWKINS

01/21/2016    CERTIFIED MAIL

Method : CERTIFIED MAIL
Issued : 01/12/2016
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 01/16/2016
Return : 01/21/2016
On : GOLDENTICKET GATAWAYS INC
Signed By : ??

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : CANNOT READ SIGNATURE

Tracking # : C001038273

01/12/2016    CERTIFIED MAIL

Issue Date: 01/12/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

GOLDENTICKET GATAWAYS INC
5106 NORTH LANE
ORLANDO, FL 32808

Tracking No: C001038273

| | | | |
|---|---|---|---|
| 01/12/2016 | SUMMONS ISSUED WITH COPY OF COMPLAINT | | |
| 01/12/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/17/2016 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 02/17/2016 Time: 2:00 pm
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

| | | | |
|---|---|---|---|
| 01/11/2016 | IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER | | |
| 01/11/2016 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 16603971 Date: 01/11/2016

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| JOHANSEN, KENNETH<br>*Plaintiff* | Case No. 2016 CVI 000641 |
| Vs | Status: CLOSED |
| SPINNAKER RESORTS<br>*Defendant* | Filed: 01/11/2016 |

## PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |
| 2 | Name | SPINNAKER RESORTS | Type | DEFENDANT |
| | Address | 3706 COUNTRY BLVD | | |
| | City | BRIXEY | State/Zip | MO/65618 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 01/11/2016 | JUDGMENT FOR PLAINTIFF | 02/22/2016 |

## EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 02/17/2016 | 02:00 PM | 02:25 PM | JUMP, DAVID | 11C | JUDGMENT FOR PLAINTIFF |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 16603972 | CIVIL | JOHANSEN, KENNETH | FINAL | 01/11/2016 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 02/22/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

|            | NOTICE OF JUDGMENT BY ORDINARY MAIL<br>Sent on: 02/22/2016 10:13:59.80 |
| 02/22/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL |

Issue Date: 02/22/2016
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KENNETH
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000062962

SPINNAKER RESORTS
3706 COUNTRY BLVD
BRIXEY, MO 65618
Tracking No: M1000062963

| 02/22/2016 | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM<br>OF $ , % PER ANNUM, COSTS PER JUDGE |

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $1500.00 , 3% PER ANNUM, COSTS PER JUDGE HAWKINS

| 02/09/2016 | NO SERVICE - OTHER REASON |

NO SERVICE - ORDINARY MAIL RETURNED 02/09/16 - NO MAIL RECEPTACLE

| 01/26/2016 | ORDINARY MAIL CERTIFICATE OF MAILING DATED &<br>FILED NEXT BUS. DAY |

Issue Date: 01/26/2016
Service: OM ISSUE SVC FOR SMALL CLAIMS
Method: ORDINARY MAIL
Cost Per: $0.00

SPINNAKER RESORTS
3706 COUNTRY BLVD
BRIXEY, MO 65618
Tracking No: O000698728

| 01/26/2016 | SUMMONS AND COPY OF COMPLAINT ISSUED BY ORD<br>MAIL CERT. OF MAILING DATED & FILED NEXT BUS. DAY |
| 01/25/2016 | NO SERVICE - UNCLAIMED |
|            | - RETURNED ON 01/25/2016. |
| 01/25/2016 | E CERTIFIED MAIL UNSUCCESSFUL |

Method : CERTIFIED MAIL
Issued : 01/12/2016
Service : ISSUE SVC FOR SMALL CLAIMS

Served :
Return : 01/25/2016
On : SPINNAKER RESORTS
Signed By :

Reason : E CERTIFIED MAIL UNSUCCESSFUL
Comment : UNCLAIMED

Tracking # : C001038274

| 01/12/2016 | CERTIFIED MAIL |

Issue Date: 01/12/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

SPINNAKER RESORTS
3706 COUNTRY BLVD
BRIXEY, MO 65618
Tracking No: C001038274

| 01/12/2016 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 01/12/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 02/17/2016 TIME: 2:00 PM
Event: SMALL CLAIMS HEARING
Date: 02/17/2016 Time: 2:00 pm
Judge: JUMP, DAVID S Location: 11C LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

| 01/11/2016 | IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER | | |
| 01/11/2016 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 16603972 Date: 01/11/2016

## SMALL CLAIM CASE SUMMARY

| | |
|---|---|
| **JOHANSEN, KENNETH**<br>*Plaintiff*<br><br>Vs<br><br>**GETAWAYS MARKETING CORP** *et al*<br>*Defendant* | Case No. 2016 CVI 010210<br><br>Status: CLOSED<br><br>Filed: 03/30/2016 |

### PARTIES

| | | | | |
|---|---|---|---|---|
| 1 | **Name** | JOHANSEN, KENNETH | **Type** | PLAINTIFF |
| | **Address** | 5202 AVERY OAK DR | | |
| | **City** | DUBLIN | **State/Zip** | OH/43016 |
| 2 | **Name** | GETAWAYS MARKETING CORP | **Type** | DEFENDANT |
| | **Address** | 3361 WEST VINE ST 200 | | |
| | **City** | KISSIMEE | **State/Zip** | FL/34741 |
| 3 | **Name** | MONTALVO, HARRY | **Type** | DEFENDANT |
| | **Address** | 3262 NATOMA WAY | | |
| | **City** | ORLANDO | **State/Zip** | FL/32825 |

### CASE DISPOSITION

| **Status** | **Status Date** | **Disposition Code** | **Disposition Date** |
|---|---|---|---|
| CLOSED | 03/30/2016 | JUDGMENT FOR PLAINTIFF | 05/05/2016 |

### EVENTS

| **Event** | **Date** | **Start** | **End** | **Judge** | **Ct.Rm.** | **Result** |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 05/04/2016 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | JUDGMENT FOR PLAINTIFF |

### FINANCIAL SUMMARY

| **Docket Application** | **Amount Owed** | **Amount Paid** | **Amount Dismissed** | **Balance** |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

### RECEIPTS

| **Number** | **Cash Book** | **Received From** | **Status** | **Date** | **Total Amount** |
|---|---|---|---|---|---|
| 16638920 | CIVIL | JOHANSEN, KENNETH | FINAL | 03/30/2016 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 05/05/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

NOTICE OF JUDGMENT BY ORDINARY MAIL
Sent on: 05/05/2016 09:47:15.87

| 05/05/2016 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

Issue Date: 05/05/2016
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KENNETH
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000075375

GETAWAYS MARKETING CORP
3361 WEST VINE ST 200
KISSIMEE, FL 34741
Tracking No: M1000075376

MONTALVO, HARRY
3262 NATOMA WAY
ORLANDO, FL 32825
Tracking No: M1000075377

| 05/05/2016 | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $ , % PER ANNUM, COSTS PER JUDGE | | |

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $2000.00 , 3% COSTS AGAINST GETAWAYS MARKETING ONLY PER JUDGE HUMMER CASE DISMISSED AGAINST HARRY MONTALVO ONLY

| 04/13/2016 | CERTIFIED MAIL | | |

Method : CERTIFIED MAIL
Issued : 03/31/2016
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 04/08/2016
Return : 04/13/2016
On : GETAWAYS MARKETING CORP
Signed By : ??

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : CANNOT READ SIGNATURE

Tracking # : C001050822

| 04/12/2016 | NOTICE OF FAILED SERVICE ISSUED. | | |

Method : CERTIFIED MAIL
Issued : 03/31/2016
Service : ISSUE SVC FOR SMALL CLAIMS
Served :
Return : 04/12/2016
On : MONTALVO, HARRY
Signed By :

Reason : UNSUCCESSFUL CERTIFIED MAIL
Comment : NOT DELIVERABLE AS ADDRESSED

Tracking # : C001050823

03/31/2016   CERTIFIED MAIL

Issue Date: 03/31/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

GETAWAYS MARKETING CORP
3361 WEST VINE ST 200
KISSIMEE, FL 34741
Tracking No: C001050822

MONTALVO, HARRY
3262 NATOMA WAY
ORLANDO, FL 32825
Tracking No: C001050823

03/31/2016   SUMMONS ISSUED WITH COPY OF COMPLAINT
03/30/2016   SMALL CLAIMS MAGISTRATE HEARING SCHEDULED

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 05/04/2016 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 05/04/2016 Time: 1:30 pm
Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

03/30/2016   IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER
03/30/2016   SMALL CLAIMS COMPLAINT FILED    $78.00    $0.00

Receipt: 16638920 Date: 03/30/2016

## SMALL CLAIM CASE SUMMARY

| JOHANSEN, KENNETH | Case No. 2016 CVI 010211 |
|---|---|
| *Plaintiff* | |
| Vs | Status: OPEN |
| WORLD WIDE VACATIONS *et al* | Filed: 03/30/2016 |
| *Defendant* | |

### PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |

| 2 | Name | WORLD WIDE VACATIONS | Type | DEFENDANT |
|---|---|---|---|---|
| | Address | 1900 HOWELL BRANCH RD 200 | | |
| | City | WINTER PARK | State/Zip | FL/32795 |

| 3 | Name | KIRSCHENBAUM, CAROL | Type | DEFENDANT |
|---|---|---|---|---|
| | Address | 228 SPRING RUN CIRCLE | | |
| | City | LONGWOOD | State/Zip | FL/32779 |

### CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| OPEN | 03/30/2016 | UNDISPOSED | |

### EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 05/04/2016 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | RE-ISSUED BY CERTIFIED MAIL |
| SMALL CLAIMS HEARING | 06/21/2016 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | |

### FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| TOTAL: | $78.00 | $78.00 | $0.00 | $0.00 |

### RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 16638924 | CIVIL | JOHANSEN, KENNETH | FINAL | 03/30/2016 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 05/17/2016 | CERTIFIED MAIL | | |
| | Method : CERTIFIED MAIL<br>Issued : 05/05/2016<br>Service : ISSUE SVC FOR SMALL CLAIMS<br>Served : 05/09/2016<br>Return : 05/17/2016<br>On : WORLD WIDE VACATIONS<br>Signed By : SHANNON PALADINO<br><br>Reason : SUCCESSFUL CERTIFIED MAIL<br>Comment :<br><br>Tracking # : C001055680 | | |
| 05/05/2016 | CERTIFIED MAIL | | |
| | Issue Date: 05/05/2016<br>Service: ISSUE SVC FOR SMALL CLAIMS<br>Method: CERTIFIED MAIL<br>Cost Per: $0.00<br><br><br>WORLD WIDE VACATIONS<br>1900 HOWELL BRANCH RD 200<br>WINTER PARK, FL 32795<br>Tracking No: C001055680 | | |
| 05/05/2016 | SUMMONS ISSUED WITH COPY OF COMPLAINT | | |
| 05/05/2016 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED | | |
| | SMALL CLAIMS MAGISTRATE<br>HEARING SCHEDULED FOR 06/21/16 TIME: 1:30 PM<br>Event: SMALL CLAIMS HEARING<br>Date: 06/21/2016 Time: 1:30 pm<br>Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR | | |
| 05/05/2016 | RE-ISSUED BY CERTIFIED MAIL | | |
| | The following event: SMALL CLAIMS HEARING scheduled for 05/04/2016 at 1:30<br>pm has been resulted as follows:<br><br>Result: RE-ISSUED BY CERTIFIED MAIL<br>Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR | | |
| 04/13/2016 | CERTIFIED MAIL | | |
| | Method : CERTIFIED MAIL<br>Issued : 03/31/2016<br>Service : ISSUE SVC FOR SMALL CLAIMS<br>Served : 04/06/2016<br>Return : 04/13/2016<br>On : KIRSCHENBAUM, CAROL<br>Signed By : CAROL KIRSHENBAUM | | |

Reason : SUCCESSFUL CERTIFIED MAIL
Comment :

Tracking # : C001050825

04/05/2016     LETTER FROM FILED
                      BY DEFT WORLDWIDE

03/31/2016     CERTIFIED MAIL

Issue Date: 03/31/2016
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $0.00

WORLD WIDE VACATIONS
1900 HOWELL BRANCH RD 200
WINTER PARK, FL 32795
Tracking No: C001050824

KIRSCHENBAUM, CAROL
228 SPRING RUN CIRCLE
LONGWOOD, FL 32779
Tracking No: C001050825

03/31/2016     SUMMONS ISSUED WITH COPY OF COMPLAINT

03/30/2016     SMALL CLAIMS MAGISTRATE HEARING SCHEDULED

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 05/04/2016 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 05/04/2016 Time: 1:30 pm
Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR

Result: RE-ISSUED BY CERTIFIED MAIL

03/30/2016     IMAGE OF SMALL CLAIMS COMPLAINT WITH WAIVER

03/30/2016     SMALL CLAIMS COMPLAINT FILED                    $78.00     $0.00
                      Receipt: 16638924 Date: 03/30/2016

| PERSONAL INJURY/PROPERTY DAMAGE CASE SUMMARY | |
|---|---|
| JOHANSEN, KEN<br>*Plaintiff*<br><br>Vs<br><br>INSURANCE SOLUTIONS CENTER<br>*Defendant* | Case No. 2015 CVE 005505<br><br>Status: CLOSED<br><br>Filed: 02/19/2015 |

## PARTIES

| 1 | Name | JOHANSEN, KEN | Type | PLAINTIFF |
|---|---|---|---|---|
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |

| 2 | Name | INSURANCE SOLUTIONS CENTER | Type | DEFENDANT |
|---|---|---|---|---|
| | Address | 5301 E STATE STREET, LOWER LEVEL | | |
| | City | ROCKFORD | State/Zip | IL/61108 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 02/19/2015 | OTHER DISMISSAL/LACK OF PROSECUTION | 02/29/2016 |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $123.00 | $123.00 | $0.00 | $0.00 |
| TOTAL: | $123.00 | $123.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 15618919 | CIVIL | JOHANSEN, KEN | FINAL | 02/19/2015 | $123.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 02/29/2016 | PURSUANT TO L. C. RULE 12.02, CASE DISMISSED W/O PREJ. AT PLTF'S COST, PER JUDGE BRANDT | | |
| 04/08/2015 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |
| | NOTICE OF JUDGMENT BY ORDINARY MAIL<br>Sent on: 04/08/2015 11:50:21.42 | | |
| 04/08/2015 | NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL | | |

Issue Date: 04/08/2015
Service: NOTICE ORDINARY MAIL
Method: NOTICE OF COURT ORDER ISSUED BY ORDINARY MAIL
Cost Per: $

JOHANSEN, KEN
5202 AVERY OAK DR
DUBLIN, OH 43016
Tracking No: M1000002963

INSURANCE SOLUTIONS CENTER
5301 E STATE STREET, LOWER LEVEL
ROCKFORD, IL 61108
Tracking No: M1000002964

| | |
|---|---|
| 04/08/2015 | DOCU APPEARS TO BE SIGNED BY REP OF CORP NOT ATTY |
| | PER JUDGE PEEPLES |
| 04/06/2015 | LETTER FROM FILED |
| | BY TIM PHILLIPS CHIEF COMPLIANCE OFFICE FOR INSURANCE SOLUTION CTR |
| 02/23/2015 | CERTIFIED MAIL |

Issue Date: 02/23/2015
Service: ISSUE SVC FOR E OR F
Method: CERTIFIED MAIL
Cost Per: $ 0.00

INSURANCE SOLUTIONS CENTER
5301 E STATE STREET, LOWER LEVEL
ROCKFORD, IL 61108
Tracking No: C000990729

| | | | |
|---|---|---|---|
| 02/23/2015 | SUMMONS ISSUED WITH COPY OF COMPLAINT | | |
| 02/23/2015 | IMAGE OF COMPLAINT | | |
| 02/19/2015 | COMPLAINT FOR PERSONAL INJURY/PROPERTY DAMAGE FILED | $123.00 | $0.00 |
| | Receipt: 15618919 Date: 02/19/2015 | | |

## SMALL CLAIM CASE SUMMARY

| JOHANSEN, KENNETH<br>*Plaintiff*<br><br>Vs<br><br>LIFE WATCH USA<br>*Defendant* | Case No. 2014 CVI 035518<br><br>Status: CLOSED<br><br>Filed: 10/28/2014 |
| --- | --- |

### PARTIES

| 1 | Name | JOHANSEN, KENNETH | Type | PLAINTIFF |
| --- | --- | --- | --- | --- |
| | Address | 5202 AVERY OAK DR | | |
| | City | DUBLIN | State/Zip | OH/43016 |
| 2 | Name | LIFE WATCH USA | Type | DEFENDANT |
| | Address | 266 MERRICK ROAD | | |
| | City | LYNBROOK | State/Zip | NY/11563 |

### CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
| --- | --- | --- | --- |
| CLOSED | 10/28/2014 | VOLUNTARY DISMISSAL | 12/08/2014 |

### EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
| --- | --- | --- | --- | --- | --- | --- |
| SMALL CLAIMS HEARING | 12/03/2014 | 01:30 PM | 01:55 PM | LINDSEY, KIRK | 10B | VOLUNTARY DISMISSAL |

### FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
| --- | --- | --- | --- | --- |
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

### RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
| --- | --- | --- | --- | --- | --- |
| 14732988 | CIVIL | JOHANSEN, KENNETH | FINAL | 10/28/2014 | $78.00 |

### DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
| --- | --- | --- | --- |
| 02/24/2015 | BATCH SCANNED CASE FILE (ONBASE) | | |

|            | BOX 666 |
|            | CC |
| 12/16/2014 | NOTICE OF COURT ORDER ISSUED |

NOTICE OF COURT ORDER
Sent on: 12/16/2014 10:53:04.74

| 12/08/2014 | CASE DISMISSED W/O PREJ PER JUDGE |

CASE DISMISSED WITH PREJ PER JUDGE HUMMER

| 12/04/2014 | NOTICE OF DISMISSAL W/O PREJUDICE |

NOTICE OF DISMISSAL WITH PREJUDICE

| 11/12/2014 | CERTIFIED MAIL |

Method : CERTIFIED MAIL
Issued : 10/29/2014
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 11/03/2014
Return : 11/12/2014
On : LIFE WATCH USA
Signed By : ? ANTHONY DAKEY

Reason : SUCCESSFUL CERTIFIED MAIL
Comment :

Tracking # : C000972882

| 10/29/2014 | CERTIFIED MAIL |

Issue Date: 10/29/2014
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $ 0.00

LIFE WATCH USA
266 MERRICK ROAD
LYNBROOK, NY 11563
Tracking No: C000972882

| 10/29/2014 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 10/29/2014 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 12/03/2014 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 12/03/2014 Time: 1:30 pm
Judge: LINDSEY, KIRK A Location: 10B LOCATED ON THE 10TH FLOOR

Result: VOLUNTARY DISMISSAL

| 10/28/2014 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 14732988 Date: 10/28/2014

| SMALL CLAIM CASE SUMMARY | |
|---|---|
| **JOHANSEN, KENNETH**<br>*Plaintiff*<br><br>**Vs**<br><br>**HOME ADVISOR INC**<br>*Defendant* | Case No. 2014 CVI 032200<br><br>Status: CLOSED<br><br>Filed: 09/29/2014 |

## PARTIES

| | | | | | |
|---|---|---|---|---|---|
| 1 | **Name** | JOHANSEN, KENNETH | **Type** | PLAINTIFF |
| | **Address** | 5202 AVERY OAK DR | | |
| | **City** | DUBLIN | **State/Zip** | OH/43016 |
| 2 | **Name** | HOME ADVISOR INC | **Type** | DEFENDANT |
| | **Address** | 14023 DENVER WEST PARKWAY BLDG 64 | | |
| | **City** | GOLDEN | **State/Zip** | CO/80401 |

## CASE DISPOSITION

| Status | Status Date | Disposition Code | Disposition Date |
|---|---|---|---|
| CLOSED | 09/29/2014 | JUDGMENT FOR PLAINTIFF | 11/03/2014 |

## EVENTS

| Event | Date | Start | End | Judge | Ct.Rm. | Result |
|---|---|---|---|---|---|---|
| SMALL CLAIMS HEARING | 10/29/2014 | 01:30 PM | 01:55 PM | PAAT, ANTONIO | 11D | JUDGMENT FOR PLAINTIFF |

## FINANCIAL SUMMARY

| Docket Application | Amount Owed | Amount Paid | Amount Dismissed | Balance |
|---|---|---|---|---|
| COST | $78.00 | $78.00 | $0.00 | $0.00 |
| **TOTAL:** | $78.00 | $78.00 | $0.00 | $0.00 |

## RECEIPTS

| Number | Cash Book | Received From | Status | Date | Total Amount |
|---|---|---|---|---|---|
| 14720923 | CIVIL | JOHANSEN, KENNETH | FINAL | 09/29/2014 | $78.00 |

## DOCKET

| Docket Date | Docket Text (Expand All - Collapse All) | Amount | Balance |
|---|---|---|---|
| 03/11/2015 | BATCH SCANNED CASE FILE (ONBASE) | | |

CIVIL BOX # 682
MY

| | |
|---|---|
| 12/17/2014 | SATISFACTION OF JUDGMENT FILED |
| 11/03/2014 | NOTICE OF COURT ORDER ISSUED |

NOTICE OF COURT ORDER
Sent on: 11/03/2014 09:54:51.74

| | |
|---|---|
| 10/31/2014 | MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $ , % PER ANNUM, COSTS PER JUDGE |

MAGIS DECISION AND JUDGMENT FOR PLTF IN THE SUM OF $2,000.00 , 3% PER ANNUM, COSTS PER JUDGE HAWKINS

| | |
|---|---|
| 10/15/2014 | CERTIFIED MAIL |

Method : CERTIFIED MAIL
Issued : 09/30/2014
Service : ISSUE SVC FOR SMALL CLAIMS
Served : 10/06/2014
Return : 10/15/2014
On : HOME ADVISOR INC
Signed By : ???

Reason : SUCCESSFUL CERTIFIED MAIL
Comment : CAN NOT READ

Tracking # : C000969045

| | |
|---|---|
| 09/30/2014 | CERTIFIED MAIL |

Issue Date: 09/30/2014
Service: ISSUE SVC FOR SMALL CLAIMS
Method: CERTIFIED MAIL
Cost Per: $ 0.00

HOME ADVISOR INC
14023 DENVER WEST PARKWAY BLDG 64
GOLDEN, CO 80401
Tracking No: C000969045

| | |
|---|---|
| 09/30/2014 | SUMMONS ISSUED WITH COPY OF COMPLAINT |
| 09/30/2014 | SMALL CLAIMS MAGISTRATE HEARING SCHEDULED |

SMALL CLAIMS MAGISTRATE
HEARING SCHEDULED FOR 10/29/2014 TIME: 1:30 PM
Event: SMALL CLAIMS HEARING
Date: 10/29/2014 Time: 1:30 pm
Judge: PAAT, ANTONIO Location: 11D LOCATED ON THE 11TH FLOOR

Result: JUDGMENT FOR PLAINTIFF

| | | | |
|---|---|---|---|
| 09/29/2014 | SMALL CLAIMS COMPLAINT FILED | $78.00 | $0.00 |

Receipt: 14720923 Date: 09/29/2014