UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEN JOHANSEN, individually and on behalf of all other similarly situated, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 15-cv-12920-ADB |
| LIBERTY MUTUAL GROUP INC., et al., | * * | |
| Defendants. | * | |

## ORDER LIFTING STAY AND ON CASE MANAGEMENT

BURROUGHS, D.J.

On June 8, 2016, the Court stayed discovery in this case pending resolution of the motion to dismiss. The Court then denied Digitas's motion to dismiss [ECF No. 123] and its subsequent motion for interlocutory appeal [ECF No. 134]. The Court now lifts the stay and orders the following deadlines:

1. Deadline to respond to outstanding discovery requests (any documents or ESI being produced shall accompany the written responses): May 26, 2017

2. Fact discovery deadline: August 4, 2017

3. Plaintiff's expert disclosures (class certification): September 5, 2017

4. Class certification motion: October 6, 2017

5. Defendants/Third-Party Defendants' expert disclosures (class certification): October 9, 2017

6. Plaintiff's rebuttal expert disclosures: October 20, 2017

7. Expert discovery deadline (class certification): October 27, 2017

8. Class certification opposition: November 2, 2017

1

9. Class certification reply: <u>November 16, 2017</u>

**SO ORDERED.**

Dated: May 11, 2017

<u>/s/ Allison D. Burroughs</u>  
ALLISON D. BURROUGHS  
DISTRICT JUDGE