UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN JOHANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL GROUP, INC.; and SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>    Defendants,<br><br>LIBERTY MUTUAL GROUP, INC.,<br><br>    Crossclaimant,<br><br>    v.<br><br>SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>    Crossdefendant,<br><br>LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Third-party Plaintiffs,<br><br>    v.<br><br>PRECISE LEADS, INC., and DIGITAS, INC.,<br><br>    Third-party Defendants | Civil Action No. 1:15-cv-12920-ADB |

## STIPULATION OF DISMISSAL

Plaintiff Ken Johansen ("Plaintiff"), Defendant Spanish Quotes, Inc. d/b/a WeSpeakInsurance ("Spanish Quotes"), Defendant and Third Party Plaintiff Liberty Mutual Group Inc. ("LMG"), Third Party Plaintiff Liberty Mutual Insurance Company ("LMIC" and collectively with LMG, "Liberty"), Third Party Defendant Precise Leads, Inc. ("Precise Leads"), and Third-Party Defendant Digitas, Inc. ("Digitas"), by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

1. Plaintiff's claims against Spanish Quotes and LMG are dismissed, with prejudice, without interest, attorneys' fees or costs, and with all parties waiving rights of appeal concerning the claims dismissed pursuant to this Stipulation and rights pursuant to Fed. R. Civ. P. 60;

2. LMG's Counterclaim against Spanish Quotes, Liberty's Third Party Complaint against Precise Leads and Digitas, and Precise Leads' Counterclaim against LMIC shall not be subject to this Stipulation, but shall continue in the litigation and all rights of appeal, interest and attorneys' fees or costs related thereto for all parties are preserved and are not waived;

3. This dismissal terminates the litigation for purposes of the Escrow Agreement, dated as of April 18, 2016, between Boston Private Bank & Trust Company and Digitas;

4. Plaintiff shall be awarded $4,800.00 in costs; and

5. The dismissal of Plaintiff's claims does not prejudice the rights of putative class members described in the Complaint herein.

DATED: May 30, 2018

Respectfully submitted,

KEN JOHANSEN, individually and on behalf of all others similarly situated

By his attorneys,

*/s/ Edward A. Broderick*
Edward A. Broderick (BBO: 566826)
Anthony Paronich (BBO: 678437)
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
ted@broderick-law.com

anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., Suite 3
Natick, MA 01760
mmccue@massattorneys.net

Beth E. Terrell (*admitted pro hac vice*)
Jennifer Rust Murray (*admitted pro hac vice*)
Mary B. Reiten (*admitted pro hac vice*)
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103
Tel: (206) 816-6603
Fax: (206) 350-3528
bterrell@tmdwlaw.com
jmurray@tmdwlaw.com
mreiten@tmdwlaw.com

LIBERTY MUTUAL GROUP INC. and
LIBERTY MUTUAL INSURANCE COMPANY
By its attorneys,

*/s/ Anthony A. Froio*
Anthony A. Froio (BBO: 554708)
Manleen Singh (BBO: 686686)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300
afroio@robinskaplan.com
msingh@robinskaplan.com

Michael D. Reif (*admitted pro hac vice*)
ROBINS KAPLAN LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
mreif@robinskaplan.com


SPANISH QUOTES d/b/a
WESPEAKINSURANCE
By its attorneys,


*/s/ Joseph J. Koltun*
Joseph J. Koltun (BBO 641117)
KOLTUN LAW OFFICE
400 Trade Center, Suite 5900
Woburn, MA 01801
(617) 794-5655
koltunjoe@yahoo.com




DIGITAS, INC.
By its attorneys,


*/s/ Terry Klein*
Terry Klein (BBO: 652052)
Laura Greenberg-Chao (BBO: 650916)
HENSHON KLEIN LLP
120 Water Street, 2nd Floor
Boston, MA 02109
(617) 367-1800
tklein@henshon.com
lgreenbergchao@henshon.com

        Michael Dockterman (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
(312) 577-1243
mdockterman@steptoe.com

PRECISE LEADS, INC.
By its attorneys,

*/s/ Michael S. Batson*
Michael S. Batson (BBO: 648151)
Matthew E. Bown (BBO: 687184)
HERMES, NETBURN, O'CONNOR &
SPEARING, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110
(617) 728-0050
mbatson@hermesnetburn.com
mbown@hermesnetburn.com

## CERTIFICATE OF SERVICE

I, Edward A. Broderick, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 30, 2018.

*/s/ Edward A. Broderick*
Edward A. Broderick