UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN JOHANSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff**,**<br><br> v.<br><br>LIBERTY MUTUAL GROUP, INC., and SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>    Defendants**,**<br><br>LIBERTY MUTUAL GROUP, INC.,<br><br>    Cross-Claimant,<br><br> v.<br><br>SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>    Cross-Defendant,<br><br>LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Third-Party Plaintiffs,<br><br> v.<br><br>PRECISE LEADS, INC., and DIGITAS, INC.,<br><br>    Third-Party Defendants. | **CIVIL ACTION<br>NO. 1:15-cv-12920-ADB** |

## **THIRD-PARTY DEFENDANT DIGITAS' MOTION FOR SUMMARY JUDGMENT**

Third-Party Defendant Digitas, Inc. ("Digitas") moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on the Third-Party Complaint of Third-Party Plaintiffs Liberty Mutual Group, Inc. and Liberty Mutual Insurance Company.

In support of this motion, Digitas submits the accompanying Memorandum, Statement of Undisputed Material Facts, and Affidavit of Laura Greenberg-Chao with exhibits.

Respectfully submitted,

**DIGITAS INC., d/b/a DIGITASLBI,**

By its attorneys,

/s/ _____ ___Laura Greenberg-Chao
Terry Klein, BBO# 652052
    tklein@henshon.com
Laura Greenberg-Chao, BBO# 650916
    lgreenbergchao@henshon.com
HENSHON KLEIN LLP
120 Water Street, 2d Floor
Boston, Massachusetts  02109
Telephone: (617) 367-1800
Facsimile: (617) 507-6454

*Of Counsel:*
Michael Dockterman, Illinois Bar # 3121675
    mdockterman@steptoe.com
STEPTOE & JOHNSON LLP
115 South LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1243

Dated:  February 28, 2019

### LOCAL RULE 7.1 CERTIFICATION

I, John Frey, counsel for Digitas, hereby certify that I conferred with counsel for Liberty Mutual in a good faith attempt to resolve or narrow the issues concerning this request.

/s/                                           John Frey

CERTIFICATE OF SERVICE

      I, Laura Greenberg-Chao, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2019.

      /s/                Laura Greenberg-Chao