# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN JOHANSEN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL GROUP, INC.; and SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>   Defendants,<br><br>LIBERTY MUTUAL GROUP, INC.,<br><br>   Crossclaimant,<br><br>  v.<br><br>SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>   Crossdefendant,<br><br>LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY,<br><br>   Third-party Plaintiffs,<br><br>  v.<br><br>PRECISE LEADS, INC., and DIGITAS, INC.,<br><br>   Third-party Defendants | Civil Action No. 1:15-cv-12920-ADB |

## **DISMISSAL ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby orders that:

1. All of the claims of Third Party Plaintiffs Liberty Mutual Group, Inc. ("LMG") and Liberty Mutual Insurance Company ("LMIC" and collectively with LMG, "Liberty") against Third Party Defendant Precise Leads, Inc. ("Precise Leads") only, in the Third Party Complaint are dismissed, with prejudice, without interest, attorneys' fees or costs,

and with all parties waiving rights of appeal concerning the claims dismissed pursuant to this Order and rights pursuant to Fed. R. Civ. P. 60;

2. All of Precise Leads' claims against LMIC in its Counterclaim are dismissed, with prejudice, without interest, attorneys' fees or costs, and with all parties waiving rights of appeal concerning the claims dismissed pursuant to this Order and rights pursuant to Fed. R. Civ. P. 60; and

3. LMG's Cross-Claim against Spanish Quotes, Inc. d/b/a We Speak Insurance and Liberty's Third Party Complaint against Digitas, Inc. are not subject to this Order, but shall continue in the litigation and all rights of appeal, interest and attorneys' fees or costs related thereto for all parties are preserved and are not waived.

4. The rights of the parties to this litigation, other than Liberty and Precise Leads, are not affected by this Order.

Dated: July 19, 2019

*/s/ Allison D. Burroughs*
Allison D. Burroughs
U.S. District Judge