IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN JOHANSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>LIBERTY MUTUAL GROUP, INC.; and SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>        Defendants,<br>LIBERTY MUTUAL GROUP, INC.,<br><br>        Crossclaimant,<br><br>        v.<br><br>SPANISH QUOTES, INC. d/b/a WESPEAKINSURANCE,<br><br>        Crossdefendant,<br><br>LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Third-party Plaintiffs,<br><br>        v.<br><br>PRECISE LEADS, INC., and DIGITAS, INC.,<br><br>        Third-party Defendants | Civil Action No.  1:15-cv-12920-ADB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant and Third-Party Plaintiff Liberty Mutual Group, Inc., and Third-Party Plaintiff Liberty Mutual Insurance Company, parties named in the above-captioned matter, hereby appeal to the United States Court of Appeals For the First Circuit from the Electronic Order entered in this action on June 5, 2025 (Docket #268).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: June 23, 2025<br>Boston, MA | /s/ *Lauren Coppola*<br>Lauren Coppola<br>LCoppola@RobinsKaplan.com<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>Tel: 617.267.2300 |

## CERTIFICATE OF SERVICE

      I, Lauren Coppola, certify that I have caused a copy of this Notice of Appeal to be served by PACER e-filing a copy of the same to all parties on record on June 23, 2025.

Date: June 23, 2025                                         */s/ Lauren Coppola*
    Boston, MA                                            Lauren Coppola