# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Johansen v. Liberty Mutual Group Inc.

District Court Number: 15cv12920-ADB

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No __X__
If yes, document # ____

Sealed documents   Yes __X__ No ____
If yes, document # 169

*Ex parte* documents   Yes ____ No __X__
If yes, document # ____

Transcripts   Yes __X__ No ____
If yes, document # 116, 252

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent ____  Other: __X__

Appeal from:
#268 Electronic Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#268 and #269

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 269 filed on June 23, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 23, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**